JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CORNWELL,<br><br>        Petitioner,<br>vs.<br>LINDA SANDERS, Warden,<br><br>        Respondent. | Case No. CV 12-6182-MWF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 25, 2013

 

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1